THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUNMORE SCHOOL DISTRICT, | : |
| | : CIVIL ACTION NO. 3:20-CV-1091 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 27th DAY OF OCTOBER 2020, upon consideration of Plaintiff's Motion to Remand (Doc. 4) and all relevant documents, for the reasons set out in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Motion to Remand (Doc. 4) is **DENIED**;

2. Should Plaintiff seek to pursue preliminary injunctive relief, Plaintiff shall notify the Court in writing **within three (3) days** of the date of this Order of its intention to do so;

3. Upon notice of intent to seek preliminary injunctive relief, the Court will conduct a telephone conference to schedule an evidentiary hearing.

Robert D. Mariani
United States District Judge