THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUNMORE SCHOOL DISTRICT, | : |
| | : CIVIL ACTION NO. 3:20-CV-1091 |
| Plaintiff, | : (JUDGE MARIANI) |
| | : |
| v. | : |
| | : |
| PENNSYLVANIA INTERSCHOLASTIC ATHLETIC ASSOCIATION, | : |
| | : |
| Defendant. | : |

**ORDER**

AND NOW, THIS 7th DAY OF DECEMBER 2020, upon consideration of Plaintiff's Motion for Preliminary Injunction (Doc. 15) and all relevant documents, for the reasons set forth in the simultaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Preliminary Injunction (Doc. 15) is **DENIED**.

Robert D. Mariani
United States District Judge